**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

December 22, 2005

**Before**

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 04-2568

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    *Plaintiff-Appellee,* | Appeal from the United States District Court for the Central District of Illinois |
| *v.* | No. 03-40112 |
| DIEDRE LOCKE, <br>    *Defendant-Appellant.* | Joe Billy McDade, <br> *Judge.* |

**O R D E R**

On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district court responded that under an advisory guidelines regime it would not have imposed a different sentence.  We invited the parties to file memoranda concerning the district court's response but only the government did so.  Locke's sentence of twelve months and one day, which is at the bottom of the guideline range, is presumptively reasonable under *United States v. Mykytiuk*, 415 F.3d 606 (7th Cir. 2005), and by not responding she has failed to rebut that presumption.  Our independent review does not suggest the sentence is unreasonable and, thus, we AFFIRM the judgement.